RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/11/2010
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| STERLING KETTRELL RICHARDSON | CIVIL ACTION NO. 08-1176<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 28] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 29] thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 26] filed by Defendants Madison Parish Sheriff Larry G. Cox, Warden Jimmy Shivers, Major Antonio Johnson, Sergeant Barney, Head Nurse Lydia Smith, and Sergeant Cheatum is hereby **GRANTED**, and judgment is entered in favor of Defendants, dismissing with prejudice Plaintiff's claims arising under the Constitution and laws of the United States. FED. R. CIV. P. 56.

**IT IS FURTHER ORDERED** that any remaining state law claims are DISMISSED, without prejudice. 28 U.S.C. § 1367(c).

MONROE, LOUISIANA, this 8 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE